AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CRYOTECH INTERNATIONAL, INC.,
a Delaware corporation,
        Plaintiff

V.

TECHNIFAB PRODUCTS, INC.,
an Indiana corporation; and DOES 1-50, inclusive
        Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C 08 02921**

HRL

TO:

Attn: Noel Short
TECHNIFAB PRODUCTS, INC.
10339 N. Industrial Park Drive
Brazil, Indiana 47834
(812) 442-0520

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

David R. Johanson
Sara Adibisedeh
Johanson Berenson LLP
1792 Second Street
Napa, California 94559
(707) 226-8997

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING
_____
CLERK

JUN 1 2 2008
_____
DATE

Tiffany Salinas-Harwell
_____
(BY) DEPUTY CLERK