Clerk's Use Only

Initial for fee pd.:

Douglas A. Rubel, Esq.
Johanson Berenson LLP
201 Shannon Oaks Circle, Suite 200
Cary, North Carolina 27511
Telephone: (919) 654-4544

FILED
JUN 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRYOTECH INTERNATIONAL, INC.,
a Delaware corporation, fka VBS
INDUSTRIES INCORPORATED

        Plaintiff(s),

v.

TECHNIFAB PRODUCTS, INC., an
Indiana corporation; and DOES 1-50,
inclusive

        Defendant(s).

CASE NO. 5:08-cv-02921-HRL

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Douglas A. Rubel, an active member in good standing of the bar of US Dist. Court, Eastern Dist. of North Carolina, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Cryotech International, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Sara Adibisedeh, Johanson Berenson LLP, 1792 Second Street, Napa, California 94559; Telephone: (707) 299-2472.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 23, 2008

                                  Douglas A. Rubel, Esq.