| | |
|---|---|
| 1 | David R. Johanson (Bar No. 164141) |
| | E-mail: drj@esop-law.com |
| 2 | Sara Adibisedeh (Bar No. 244778) |
| | E-mail: sara@esop-law.com |
| 3 | JOHANSON BERENSON LLP |
| | 1792 Second Street |
| 4 | Napa, CA 94559 |
| | Telephone: (707) 226-8997 |
| 5 | Facsimile: (707) 229-2493 |
| 6 | Douglas A. Rubel |
| | E-mail: dar@johansonberenson.com |
| 7 | JOHANSON BERENSON LLP |
| | 201 Shannon Oaks Circle, Suite 200 |
| 8 | Cary, North Carolina 27511 |
| | Telephone: (919) 654-4544 |
| 9 | Facsimile: (919) 654-4545 |
| 10 | |
| 11 | Attorneys for Plaintiff |
| | CRYOTECH INTERNATIONAL, INC. |

UNITED STATES DISTRICT COURT

NORTH DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRYOTECH INTERNATIONAL, INC., a Delaware corporation, fka VBS INDUSTRIES INCORPORATED<br><br>Plaintiff,<br><br>vs.<br><br>TECHNIFAB PRODUCTS, INC., an Indiana corporation; and DOES 1-50, inclusive<br><br>Defendants. | CASE NO. C 08 02921 HRL<br><br>**AFFIDAVIT OF SERVICE** |

1

AFFIDAVIT OF SERVICE

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Northern District of California

Case Number: C08 02921

Plaintiff:
**Cryotech International, Inc.**
vs.
Defendant:
**Technifab Products, Inc.; and Does 1-50, inclusive**

Received by EXPRESS PROCESS SERVICE, INC. on the 12th day of June, 2008 at 3:38 pm to be served on Technifab Products, Inc. Attn: Noel Short, 10339 N. Industrial Park Drive, Brazil, IN 47834. I, _LESTER BYRER_, being duly sworn, depose and say that on the _13_ day of _JUNE_, 20_08_ at _12:39_ .m., executed service by delivering a true copy of the **Summons and Complaint for Damages and Application for Permanent Injunction, Breach of Contract, Interference With Prospective Economic Advantage, Misappropriation of Trade Secrets, Unfair Competition** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____

(X) CORPORATE SERVICE: By serving _NOEL SHORT_ as _____

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____

Age _35_ Sex (M) F  Race _W_  Height _5'7"_  Weight _170_  Hair _BRN_  Glasses Y (N)

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

*Lester Byrer* (signature)

Subscribed and Sworn to before me on the _17_ day of _June 2008_ by the affiant who is personally known to me.

_____ (signature)
NOTARY PUBLIC

PROCESS SERVER # _____
Appointed in accordance
with State Statutes

EXPRESS PROCESS SERVICE, INC.
8418 Brookville Road
Indianapolis, IN 46239-9491
(317) 890-1055

Our Job Serial Number: 2008004323

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f

2

**AFFIDAVIT OF SERVICE**