*E-filed 07/01/08*

**RECEIVED**
JUN 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

Northern District of California

CRYOTECH INTERNATIONAL, INC., a Delaware corporation, fka VBS INDUSTRIES INCORPORATED,

        Plaintiff(s),

v.

TECHNIFAB PRODUCTS, INC., an Indiana corporation; and DOES 1-50, inclusive,

        Defendant(s).

CASE NO. 5:08-cv-02921-HRL

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Douglas A. Rubel, an active member in good standing of the bar of US Dist. Court, Eastern Dist. of North Carolina whose business address and telephone number (particular court to which applicant is admitted) is

201 Shannon Oaks Circle, Suite 200
Cary, North Carolina 27511
Telephone: (919) 654-4544

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Cryotech International, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: July 1, 2008

                                            Howard R. Lloyd,
                                            United States Magistrate Judge