

1   ARTHUR J. CASEY, ESQ. (Bar No. 123273)
    ANNE B. MILLER, ESQ. (Bar No. 178683)
2   CARRIE M. DUPIC, ESQ. (Bar No. 240252)
    ROBINSON & WOOD, INC.
3   227 North First Street
    San Jose, CA 95113-1016
4   Telephone:    408/298-7120
    Facsimile:    408/298-0477
5

6

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12
    CRYOTECH INTERNATIONAL, INC., a      Case No. C08 02921 HRL
13  Delaware Corporation fka VBS
    INDUSTRIES INCORPORATED,             Complaint Filed: June 12, 2008
14
                                         **STIPULATION FOR EXTENSION OF TIME**
15          Plaintiff,                    **TO RESPOND TO PLAINTIFF'S**
                                          **COMPLAINT FOR DAMAGES AND**
16  vs.                                   **APPLICATION FOR PERMANENT**
                                          **INJUNCTION**
17  TECHNIFAB PRODUCTS, INC., an
    Indiana Corporation, and DOES 1-50,
18  inclusive
19          Defendants.

20          Pursuant to Northern District Civil Local Rule of Court No. 6-1, Plaintiff Cryotech

21  International, Inc. and Defendant Technifab Products, Inc., by and through their respective

22  counsel, hereby agree and stipulate that Defendant has until and through July 31, 2008, in which
23
    ///
24
    ///
25
    ///
26
    ///
27
    ///
28

                                           1
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES AND
APPLICATION FOR PERMANENT INJUNCTION

1    to respond to the Complaint for Damages and Application for Permanent Injunction.

2         IT IS SO STIPULATED:

3
     Dated: _6/30/08_                          JOHANSON BERENSON, LLP
4

5                                         By: _____
6                                              DAVID R. JOHANSON
                                               SARA ADIBISEDEH
7                                              Attorneys for Plaintiff

8
     Dated: _7/7/08_                           CRYOTECH INTERNATIONAL, INC.,
9                                              ROBINSON & WOOD, INC.

10
                                          By: _____
11                                             ARTHUR J. CASEY
                                               ANNE B. MILLER
12                                             Attorneys for Defendant
                                               TECHNIFAB PRODUCTS, INC.
13                                             (By way of Special Appearance)

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES AND
APPLICATION FOR PERMANENT INJUNCTION