Fee Paid

1  Mark D. Hassler (Indiana Attorney No. 8102-84)
   Hunt, Hassler & Lorenz LLP
2  100 Cherry Street
   P.O. Box 1527
3  Terre Haute, IN 47808
   (812) 232-9691 (telephone)
4  (812) 234-2881 (facsimile)

**FILED**

2008 JUL 16 P 3:52

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

5           UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
6                   SAN JOSE DIVISION

7  CRYOTECH INTERNATIONAL, INC., a  )
   Delaware Corporation f/k/a VBS    )
8  INDUSTRIES INCORPORATED,          )   CASE NO. C08 02921 HRL
                                     )
9          Plaintiff                 )   **APPLICATION FOR**
                                     )   **ADMISSION OF ATTORNEY**
10     vs.                           )   ***PRO HAC VICE***
                                     )
11 TECHNIFAB PRODUCTS, INC., an      )
   Indiana Corporation, and DOES I-50,)
12 inclusive,                        )
                                     )

13      Pursuant to Civil L.R. 11-3, Mark D. Hassler, an active member in good standing of the

14 bar of the State of Indiana and of the United State District Courts for the Southern and Northern

15 Districts of Indiana, hereby applies for admission to practice in the Northern District of

16 California on a *pro hac vice* basis representing Technifab Products, Inc. in the above-entitled

17 action.

18      In support of this application, I certify on oath that:

19      1.   I am an active member in good standing of the United States Courts and the

20           highest court of another State or the District of Columbia, as indicated above;

21      2.   I agree to abide by the Standards of Professional Conduct set forth in Civil Local

22           Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

23           become familiar with the Local Rules and the Alternative Dispute Resolution

24           programs of this Court; and,

25      3.   An attorney who is a member of the bar of this Court in good standing and who

26           maintains an office within the State of California has been designated as co-

27           counsel in the above-entitled action. The name, address and telephone number of

28           that attorney is: Arthur J. Casey, Esq., Robinson & Wood, Inc., 227 North First

Street, San Jose, California 95113-1016; telephone number: (408) 298-7120.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: *July 14, 2008*

*Mark D. Hassler*
Mark D. Hassler

### CERTIFICATE OF SERVICE

I certify that a copy of the above pleading has been served upon Mr. David R. Johanson and Ms. Sarah Adibisedeh, at Johanson Berenson, LLP, 1792 Second Street, Napa, California 94559 and Arthur C. Casey, Robinson & Wood, Inc., 227 North First Street, San Jose, California 95113-1016, by United States mail, first-class, postage prepaid, this 14th day of July, 2008

*Mark D. Hassler*