Mark D. Hassler (Indiana Attorney No. 8102-84)
Hunt, Hassler & Lorenz LLP
100 Cherry Street
P.O. Box 1527
Terre Haute, IN 47808
(812) 232-9691 (telephone)
(812) 234-2881 (facsimile)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CRYOTECH INTERNATIONAL, INC., a Delaware Corporation f/k/a VBS INDUSTRIES INCORPORATED,<br><br>Plaintiff<br><br>vs.<br><br>TECHNIFAB PRODUCTS, INC., an Indiana Corporation, and DOES 1-50, inclusive, | CASE NO. C08 02921 HRL<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Mark D. Hassler, an active member in good standing of the bar of the State of Indiana, whose business address and telephone number is: Hunt, Hassler & Lorenz, LLP, 100 Cherry Street, P.O. Box 1527, Terre Haute, Indiana 47808, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Technifab Products, Inc., an Indiana Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

_____
Howard R. Lloyd,
United States Magistrate Judge