1  Mark D. Hassler (Indiana Attorney No. 8102-84)
   Hunt, Hassler & Lorenz LLP
2  100 Cherry Street
   P.O. Box 1527                                    *E-filed 7/18/08*
3  Terre Haute, IN 47808
   (812) 232-9691 (telephone)
4  (812) 234-2881 (facsimile)

5              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
6                    SAN JOSE DIVISION

7  CRYOTECH INTERNATIONAL, INC., a  )
   Delaware Corporation f/k/a VBS    )
8  INDUSTRIES INCORPORATED,          )   CASE NO. C08 02921 HRL
                                     )
9        Plaintiff                   )
                                     )
10       vs.                         )   **ORDER GRANTING APPLICATION**
                                     )   **FOR ADMISSION OF ATTORNEY**
11 TECHNIFAB PRODUCTS, INC., an      )   ***PRO HAC VICE***
   Indiana Corporation, and DOES I-50,)
12 inclusive,                        )

        Mark D. Hassler, an active member in good standing of the bar of the State of Indiana, whose business address and telephone number is: Hunt, Hassler & Lorenz, LLP, 100 Cherry Street, P.O. Box 1527, Terre Haute, Indiana 47808, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Technifab Products, Inc., an Indiana Corporation.

        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

7/18/08

_____
Howard R. Lloyd,
United States Magistrate Judge