ARTHUR J. CASEY, ESQ. (Bar No. 123273)
CARRIE M. DUPIC, ESQ. (Bar No. 240252)
ROBINSON & WOOD, INC.
227 North First Street
San Jose, CA 95113-1016
Telephone:   408/298-7120
Facsimile:   408/298-0477

Attorneys for Defendant
TECHNIFAB PRODUCTS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CRYOTECH INTERNATIONAL, INC., a Delaware Corporation, fka VBS INDUSTRIES INCORPORATED<br><br>Plaintiff,<br><br>vs.<br><br>TECHNIFAB PRODUCTS, INC., an Indiana Corporation; and DOES 1-50 inclusive<br><br>Defendants. | Case No. C08 02921 HRL<br><br>Complaint filed: June 12, 2008<br><br>**[PROPOSED] ORDER RE: DEFENDANTS TECHNIFAB PRODUCTS, INC.'S REQUEST TO PARTICIPATE IN THE INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE** |

This matter comes before the Court on TECHNIFAB PRODUCTS, INC.'S request for both Arthur J. Casey, Esq. of Robinson & Wood, Inc. and Mark Hassler, Esq. of Hunt, Hassler & Lorenz, to participate by telephone in the Initial Case Management Conference set in the above-captioned action to commence at 1:30 p.m., September 30, 2008. This request is made as Mr. Casey will be traveling out of state on depositions in another matter at the time of the CMC and Mr. Hassler's firm is located in Terre Haute, Indiana. The Court, having reviewed the request and being fully advised on the premises set forth therein, hereby grants the request.

Dated:

_____
Judge Howard R. Lloyd
United States District Court
Northern District