# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Cryotech International, Inc., a Delaware
corporation, fka VBS Industries Incorporated

          Plaintiff(s),

v.

Technifab Products, Inc., an Indiana
corporation; and Does 1-50, inclusive

          Defendant(s).

CASE NO. C 08 02921 HRL

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is*
*appreciably more likely to meet their needs than any other form of ADR, must participate in an*
*ADR  phone conference and may not file this form.  They must instead file a Notice of Need for*
*ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    ✓    Private ADR (*please identify process and provider*)  Mediation

Provider to be determined upon mutual agreement by the parties.

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order*
        *referring the case to an ADR process unless otherwise ordered. )*

    ✓    other requested deadline  at close of fact discovery per case management statement/order

Dated: September 9, 2008

Dated: 9/8/08

_____
Attorney for Plaintiff

_____
Attorney for Defendant

~~[PROPOSED]~~ ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
> Non-binding Arbitration
> Early Neutral Evaluation (ENE)
> Mediation
> ✔ Private ADR

Deadline for ADR session
> 90 days from the date of this order.
> ✔ Other will be set by the court in CMC scheduling order

IT IS SO ORDERED.

Dated: _September 10, 2008_ _____

_____
Hon. Howard R. Lloyd
UNITED STATES MAGISTRATE JUDGE