*E-filed 9/24/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRYOTECH INTERNATIONAL, INC., a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TECHNIFAB PRODUCTS, INC. an Indiana Corporation,<br><br>　　　　Defendant.<br>_____/ | Case No. C08-02921 HRL<br><br>**ORDER ON COUNSELS' REQUESTS TO APPEAR AT THE CMC BY TELEPHONE** |

　　　Good cause appearing, the requests of plaintiff's and defendant's out-of-state counsel to appear at the CMC set for 1:30 p.m. on September 30, 2008 are GRANTED. These counsel should establish a conference call between themselves and then contact the court at the scheduled time at (408) 535-5205.

　　　Good cause not appearing, the requests of plaintiff's and defendant's California-based attorneys to appear by telephone are DENIED.

**IT IS SO ORDERED.**

Dated: 9/24/08

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

**Copies of this notice shall be served via e-filing.**