1  ARTHUR J. CASEY, ESQ. (Bar No. 123273)
2  CARRIE M. DUPIC, ESQ. (Bar No. 240252)
   ROBINSON & WOOD, INC.
3  227 North First Street
   San Jose, CA 95113-1016
   Telephone:   408/298-7120
4  Facsimile:   408/298-0477                                *e-filed 12/18/08*
   Attorneys for Defendant
5  TECHNIFAB PRODUCTS, INC.

6  MARK HASSLER, ESQ.
   HUNT, HASSLER & LORENZ, LLP
7  100 Cherry Street
   Post Office Box 1527
8  Terre Haute, IN 47808
   Attorneys for TECHNIFAB PRODUCTS, INC.
9  *Admitted Pro Hace Vice*

10

11
                        UNITED STATES DISTRICT COURT
12
                       NORTHERN DISTRICT OF CALIFORNIA
13
                              SAN JOSE DIVISION
14

15

16  CRYOTECH INTERNATIONAL, INC., a        Case No. C08 02921 HRL
    Delaware Corporation, fka VBS
17  INDUSTRIES INCORPORATED                Complaint filed: June 12, 2008

18          Plaintiff,                     **STIPULATION AND REQUEST FOR
                                           ORDER EXTENDING DEADLINE FOR
19  vs.                                    DATES OUTLINED IN CASE
                                           MANAGEMENT SCHEDULING ORDER
20  TECHNIFAB PRODUCTS, INC., an Indiana   AS AMENDED BY THE COURT**
    Corporation; and DOES 1-50 inclusive
21
            Defendants.
22

23      The parties exchanged initial written discovery which led to several telephone calls to
24  meet and confer as to how best to exchange information necessary to evaluate the case and
25  maintain confidentiality of proprietary information. In the course of that discussion the parties
26  determined and agreed upon that an early mediation of the case was indeed possible and perhaps
27  more practical than extended discovery and then mediation. After further discussion, the parties
28  agreed that if the Court would agree to extend the deadlines for discovery cut off and expert

disclosure, the parties would elect Court Mediation and work with the Court appointed mediator to establish a protocol for exchange of documents and information and to conduct a meaningful mediation.

If the Court approves, the parties would propose the following amended schedule:

| EVENT: | EXISTING DATE: | PROPOSED DATE: |
| --- | --- | --- |
| Fact Discovery Cutoff | January 16, 2009 | March 6, 2009 |
| Designation of Experts with Reports | January 30, 2009 | March 20, 2009 |
| Designation of Rebuttal Experts with Reports | February 15, 2009 | April 6, 2009 |
| Expert Discovery Cutoff | March 20, 2009 | May 8, 2009 |
| Last day for Hearings on Dispositive Motions | April 21, 2009 at 10:00 a.m. | June 9, 2009 at 10:00 a.m. |
| Final Pre-Trial Conference | May 19, 2008 at 1:30 p.m. | July **14** 2009 |
| Bench Trial | May 26, 2009 | July **27**, 2009 |

IT IS HEREBY STIPULATED:

Dated: December____,2008                ROBINSON & WOOD, INC.


By: _____/S/_____
ARTHUR J. CASEY
Attorneys for Defendant
TECHNIFAB PRODUCTS, INC.

Dated: December____,2008                HUNT, HASSLER & LORENZ, LLP


By: _____/S/_____
MARK HASSLER
Attorneys for Defendant
TECHNIFAB PRODUCTS, INC.

STIPULATION AND REQUEST FOR ORDER EXTENDING DEADLINE FOR DATES OUTLINED IN CASE MANAGEMENT SCHEDULING ORDER

Dated: December____,2008          JOHANSON BERENSON, LLP

By: _____/S/_____
    DAVID R. JOHNASON
    DOUG A. RUBEL
    SARA ADIBISEDEH
    Attorneys for Plaintiff
    CRYOTECH INTERNATIONAL, INC.

## ORDER

Good Cause thereby appearing the parties are ordered to Court mediation and the scheduling order is amended as proposed

Dated: 12/18/08

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND REQUEST FOR ORDER EXTENDING DEADLINE FOR DATES OUTLINED IN CASE MANAGEMENT SCHEDULING ORDER