DAVID R. JOHANSON, ESQ. (Bar No. 164141)
JOHANSON BERENSON, LLP
1792 Second Street
Napa, California 94559
Tel: (707) 226-8997
Facsimile: (707) 229-2493
E-Mail: drj@johansonberenson.com
Attorneys for CRYOTECH INTERNATIONAL, INC.

DOUGLAS A. RUBEL, ESQ. (*Pro Hac Vice*)
JOHANSON BERENSON, LLP
201 Shannon Oaks Circle, Suite 200
Cary, North Carolina 27511
Telephone: (919) 654-4544
Facsimile: (919) 654-4545
E-Mail: dar@johansonberenson.com
Attorneys for CRYOTECH INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRYOTECH INTERNATIONAL, INC., a Delaware Corporation, fka VBS INDUSTRIES INCORPORATED<br><br>Plaintiff,<br><br>vs.<br><br>TECHNIFAB PRODUCTS, INC., an Indiana Corporation; and DOES 1-50 inclusive<br><br>Defendants. | Case No. C08 02921 HRL<br><br>Complaint filed June 12, 2008<br><br>**STIPULATION AND REQUEST FOR ORDER MODIFYING SCHEDULING ORDER AND ENLARGING DEADLINES FOR DISCOVERY AND EXPERT WITNESS DESIGNATIONS AND REPORTS**<br><br>Magistrate Judge Howard R. Lloyd |

As previously noted in the parties' Stipulation and Request For Order Extending Deadlines For Dates Outlines in Case Management Scheduling Order [Doc. No. 31, dated December 17, 2008], the parties exchanged initial written discovery which led to several telephone calls as to how best to exchange information necessary to evaluate the case and maintain confidentiality of confidential and proprietary information, trade secrets, and intellectual property. In the course of those discussions, the parties determined and agreed that an early mediation of the case was indeed possible and perhaps more practical than extended discovery followed by mediation. After further discussion, the parties agreed that if the Court would agree to extend the deadlines for discovery cutoff and expert disclosure, the parties would elect Court

Supervised Mediation and work with the Court appointed mediator to establish a protocol for exchange of documents and information necessary to conduct a meaningful mediation. [Doc. No. 31.]

The Court granted the parties' Stipulation and Request, and modified the Scheduling Order so the deadlines are currently as follows: Fact Discovery Cutoff - March 6, 2009; Expert Witness Designations and Reports - March 20, 2009; Designations of Rebuttal Experts and Reports - April 6, 2009; Expert Discovery Cutoff – May 8, 2009; last day for hearings on dispositive motions -June 9, 2009; and July 14, 2009 - Pre-Trial Conference. Trial is scheduled for July 27, 2009. Scheduling Order dated December 18, 2008 [Doc. No. 32].

The parties did commence "paper" discovery in this case and had scheduled depositions. Further to its Stipulation and Request, the parties agreed to hold in abeyance the depositions and completion of full paper discovery responses pending the parties' mediation, which mediation was held on February 24, 2009, with Mediator Geoff Howard, a court-appointed mediator [Doc. No. 33, dated January 7, 2009].

Instead, as part of the mediation, the parties agreed to conduct "limited" discovery for the purposes of mediation. The "limited" nature of the discovery was to allow the parties to obtain certain information from each other that would aid in the resolution of the case, but would not necessarily encompass all information necessary for a trial.

The parties attended mediation on February 24, 2009, however, they were and have been unable to settle this case. The parties thus request additional time to conduct discovery and to designate expert witnesses and reports, however, they are unable to do so without an enlargement of the deadlines for discovery and expert witness designations and reports. Thus, the parties request an enlargement of the fact discovery cutoff deadline from Friday, March 6, 2009, to Friday, May 29, 2009, an enlargement of the Friday, March 20, 2009, Expert Witness Designations and Reports deadline to Friday, April 17, 2009, and an enlargement of the Monday, April 6, 2009, Designation of Rebuttal Experts and Reports deadline to Thursday, May 14, 2009, and an enlargement of the Expert Discovery deadline from Friday, May 8, 2009, to Friday, May 29, 2009. These requested enlargements will not impact the other deadlines.

Good cause exists for this Court to exercise its discretion and enlarge the times in which the parties have to conduct discovery and designate their experts and reports. The parties diligently prepared for and conducted the mediation on February 24, 2009. The parties were diligent in assisting the Court in creating a workable Rule 16 scheduling order. Their noncompliance with the Scheduling Order's deadlines occurred or will occur notwithstanding diligent efforts to comply because of developments that were not reasonably anticipated at the time of the Rule 16 scheduling conference; and the parties are diligent in seeking an amendment of the Scheduling Order once it became apparent that the parties could not comply with the existing Scheduling Order.

If the Court approves, the Parties would propose the following amended schedule:

| EVENT | EXISTING DATE | PROPOSED DATE |
|---|---|---|
| Fact Discovery Cutoff | March 6, 2009 | May 29, 2009 |
| Designation of Experts With Reports | March 20, 2009 | April 17, 2009 |
| Designation of Rebuttal Experts With Reports | April 6, 2009 | May 14, 2009 |
| Expert Discovery Cutoff | May 8, 2009 | May 29, 2009 |
| Last Day for Hearings on Dispositive Motions | June 9, 2009 | June 9, 2009 |
| Final Pre-Trial Conference | July 14, 2009 | July 14, 2009 |
| Bench Trial | July 27, 2009 | July 27, 2009 |

IT IS HEREBY STIPULATED:

                                                    Respectfully submitted,

                                                    JOHANSON BERENSON LLP

Dated: March 3, 2009                           By: /s/ Douglas A. Rubel
                                                          DOUGLAS A. RUBEL
                                                           Attorneys for Plaintiff Cryotech
                                                           International, Inc.

|  |  |
|---|---|
|  | ROBINSON & WOOD, INC. |
| Dated: March 3, 2009 | By: /s/ Arthur J. Casey<br>ARTHUR J. CASEY<br>Attorneys for Defendant<br>Technifab Products, Inc. |

### **ORDER**

Good cause thereby appearing the Scheduling Order is amended as proposed.

Dated: March 6 , 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**Certificate of Service**

I hereby certify that on March 4, 2009, we filed electronically a true and correct copy of **STIPULATION AND REQUEST FOR ORDER MODIFYING SCHEDULING ORDER AND ENLARGING DEADLINES FOR DISCOVERY AND EXPERT WITNESS DESIGNATIONS AND REPORTS**. Notice of the filing was sent by operation of the Court's electronic filing system to the parties indicated below. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

DAVID R. JOHANSON, ESQ.
JOHANSON BERENSON, LLP
1792 Second Street
Napa, California 94559
drj@esop-law.com

ARTHUR J. CASEY, ESQ. (Bar No. 123273)
CARRIE M. DUPIC, ESQ. (Bar No. 240252)
ROBINSON & WOOD, INC.
227 North First Street
San Jose, California 95113-1016
AJC@robinsonwood.com

MARK HASSLER, ESQ. (*Pro Hac Vice*)
HUNT, HASSLER & LORENZ, LLP
100 Cherry Street
Post Office Box 1527
Terre Haute, Indiana 47808-1527
hassler@huntlawfirm.net

/s/ Douglas A. Rubel
DOUGLAS A. RUBEL
Attorneys for Cryotech International, Inc.