David R. Johanson, Esq. (Bar No. 164141)
JOHANSON BERENSON LLP
1776 Second Street
Napa, California 94559
Telephone: (707) 226-8997
Facsimile: (707) 5811704

**\*\* E-Filed 06/12/09 \*\***

Douglas A. Rubel, Esq. (*pro hac vice*)
JOHANSON BERENSON LLP
201 Shannon Oaks Circle, Suite 200
Cary, North Carolina 27511
Telephone:  (919) 654-4544
Facsimile:  (919) 654-4545

Attorneys for Plaintiff
CRYOTECH INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRYOTECH INTERNATIONAL, INC., a Delaware Corporation, fka VBS INDUSTRIES INCORPORATED<br><br>Plaintiff,<br><br>vs.<br><br>TECHNIFAB PRODUCTS, INC., an Indiana Corporation; and DOES 1-50 inclusive<br><br>Defendants. | Case No. C08 02921 HRL<br><br>Complaint filed June 12, 2008<br><br>**JOINT  STIPULATION AND ~~REQUEST FOR~~ ORDER EXTENDING DEADLINE FOR FACT DISCOVERY**<br><br><br><br>Magistrate Judge Howard R. Lloyd |

   The parties jointly agree that the time set out in the Modified Stipulation and Request for Order Modifying Scheduling Order and Enlarging Deadlines for Discovery and Simultaneous Expert Witness Designations and Reports and Rebuttals, Dispositive Motions, and Pre-Trial and Trial Proceedings [Doc. No. 41, filed April 20, 2009], will not allow sufficient time to conduct all of the necessary depositions before the August 31, 2009, Fact Discovery Cutoff date.

    Plaintiff's and Defendants' counsel have agreed to extend the Fact Discovery Cutoff from August 31, 2009, to September 30, 2009.

   Good cause exists for this Court to exercise its discretion and extend the Fact Discovery Cutoff.   The  parties  noncompliance  with  the  Scheduling  Order's  deadlines  would  occur

JOINT STIPULATION AND ~~REQUEST FOR~~ ORDER  EXTENDING DEADLINE FOR FACT DISCOVERY

notwithstanding diligent efforts to comply because of developments (i.e., Mr. Rubel's surgery and the parties' counsel's trial and other schedules) that were not reasonably anticipated at the time of the Rule 16 scheduling conference; and the parties are diligent in seeking an amendment of the Scheduling Order with respect to the Fact Discovery Cutoff, only.

If this Court approves, the parties would extend the Fact Discovery Cutoff to September 30, 2009.

IT IS HEREBY STIPULATED, that the deadline for Fact Discovery Cutoff is extended from August 31, 2009, to September 30, 2009.

Respectfully submitted,

JOHANSON BERENSON LLP

Dated: June 11, 2009       By: /s/ Douglas A. Rubel
                               DOUGLAS A. RUBEL
                               Attorneys for Plaintiff Cryotech
                               International, Inc.


ROBINSON & WOOD, INC.

Dated: June 11, 2009       By: /s/ Arthur J. Casey
                               ARTHUR J. CASEY
                               Attorneys for Defendant
                               Technifab Products, Inc.

**ORDER**

Good cause thereby appearing the Fact Discovery Cutoff is extended from August 31, 2009 to September 30, 2009.

Dated: June 12, 2009       _____
                               HOWARD R. LLOYD
                               UNITED STATES MAGISTRATE JUDGE

2
JOINT STIPULATION AND ~~REQUEST FOR~~ ORDER EXTENDING DEADLINE FOR FACT DISCOVERY