\*\* E-Filed August 12, 2009 \*\*

David R. Johanson, Esq. (Bar No. 164141)
JOHANSON BERENSON LLP
1776 Second Street
Napa, California 94559
Telephone: (707) 226-8997
Facsimile: (707) 581-1704

Douglas A. Rubel, Esq. (*pro hac vice*)
JOHANSON BERENSON LLP
201 Shannon Oaks Circle, Suite 200
Cary, North Carolina 27511
Telephone:  (919) 654-4544
Facsimile:  (919) 654-4545

Attorneys for Plaintiff
CRYOTECH INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRYOTECH INTERNATIONAL, INC., a Delaware Corporation, fka VBS INDUSTRIES INCORPORATED<br><br>Plaintiff,<br><br>vs.<br><br>TECHNIFAB PRODUCTS, INC., an Indiana Corporation; and DOES 1-50 inclusive<br><br>Defendants. | Case No. C08 02921 HRL<br><br>Complaint filed June 12, 2008<br><br>**JOINT STIPULATION AND REQUEST FOR ORDER CONTINUING HEARING ON DEFENDANT'S MOTION FOR SANCTIONS**<br><br><br><br>Magistrate Judge Howard R. Lloyd |

The court continued defendant's motion for sanctions hearing from August 18, 2009 to September 1, 2009 [Doc. No. 99, filed July 27, 2009].  Due to the unavailability of counsel on September 1, 2009, Plaintiff's and Defendant's counsel have agreed to continue the hearing of defendant's motion for sanctions to September 22, 2009 at 10:00 a.m. in Courtroom 2 of the United States District Court, 280 South First Street, San Jose, California.

Good cause exists for this Court to exercise its discretion to continue the hearing.

IT IS HEREBY STIPULATED, that the hearing on defendant's motion for sanctions is continued to September 22, 2009.

///

Respectfully submitted,

JOHANSON BERENSON LLP

Dated: August 11, 2009                    By: /s/ Douglas A. Rubel
    DOUGLAS A. RUBEL
    Attorneys for Plaintiff Cryotech
    International, Inc.


ROBINSON & WOOD, INC.

Dated: August 11, 2009                    By: /s/ Arthur J. Casey
    ARTHUR J. CASEY
    Attorneys for Defendant
    Technifab Products, Inc.

### **ORDER**

Good cause thereby appearing the hearing on defendant's motion for sanctions is set for September 22, 2009.

Dated:   August 12  , 2009
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE