** E-filed September 14, 2009 **

1  ARTHUR J. CASEY [SBN. 123273]
   *ajc@robinsonwood.com*
2  DANIEL L. RAINSBURY [SBN. 210193]
   *dlr@robinsonwood.com*
3  ROBINSON & WOOD, INC.
   227 N 1st Street
4  San Jose, California  95113
   Telephone:   (408) 298-7120
5  Facsimile:    (408) 298-0477

6  MARK HASSLER
   *hassler@huntlawfirm.net*
7  HUNT, HASSLER & LORENZ, LLP
   100 Cherry Street
8  Post Office Box 1527
   Terre Haute, IN 47808
9  *Admitted Pro Hace Vice*

10 Attorneys for TECHNIFAB PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CRYOTECH INTERNATIONAL, INC., a Delaware Corporation, fka VBS INDUSTRIES INCORPORATED,<br><br>Plaintiff,<br><br>vs.<br><br>TECHNIFAB PRODUCTS, INC., an Indiana Corporation; and DOES 1-50 inclusive,<br><br>Defendant. | Case No. C08 02921 HRL<br><br>**JOINT STIPULATION AND REQUEST FOR ORDER CONTINUING HEARING ON PLAINTIFF'S CROSS-MOTION FOR SANCTIONS** |

Plaintiff's filed a Motion for Sanctions to be heard on October 13, 2009 but both counsel for defendant are unavailable for hearing on that date. Due to the unavailability of counsel on October 13, 2009, Plaintiff's and Defendant's counsel have agreed to continue the hearing of plaintiff's cross-motion for sanctions to October 20, 2009 at 10:00 am in Courtroom 2 of the United States District Court, 280 South First Street, San Jose, California.

Good cause exists for this Court to exercise its discretion to continue the hearing.

528282

1                                                                                         C08 02921 HRL

JOINT STIPULATION AND REQUEST FOR ORDER CONTINUING HEARING ON PLAINTIFF'S CROSS-MOTION FOR SANCTIONS

1  IT IS HEREBY STIPULATED, that the hearing on plaintiff's cross-motion for sanctions is
2  continued to October 20, 2009 at 10:00 a.m.

3                                          Respectfully submitted,

4  Dated: September 14, 2009               ROBINSON & WOOD, INC.

6                                          By: _____
7                                              ARTHUR J. CASEY
                                               DANIEL L. RAINSBURY
8                                              Attorneys for TECHNIFAB PRODUCTS, INC.

9  Dated: September 14, 2009               JOHANSON BERENSON, LLP

12                                         By:           /s/
                                               _____
                                               DOUGLAS A. RUBEL
13                                             Attorneys for CRYOTECH INTERNATIONAL,
                                               INC.

15                                    **ORDER**

17  Good cause thereby appearing the hearing on plaintiff's motion for sanctions is set for
18  October 20, 2009.

20  Dated: September 14 , 2009

22                                         By: _____
                                               HOWARD R. LLOYD
23                                             UNITED STATES MAGISTRATE
                                               JUDGE