David R. Johanson, Esq. (Bar No. 164141)
JOHANSON BERENSON LLP
1776 Second Street
Napa, California 94559
Telephone: (707) 226-8997
Facsimile: (707) 581-1704

** E-Filed September 28, 2009 **

Douglas A. Rubel, Esq. (*pro hac vice*)
JOHANSON BERENSON LLP
201 Shannon Oaks Circle, Suite 200
Cary, North Carolina 27511
Telephone:  (919) 654-4544
Facsimile:  (919) 654-4545

Attorneys for Plaintiff
CRYOTECH INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRYOTECH INTERNATIONAL, INC., a Delaware Corporation, fka VBS INDUSTRIES INCORPORATED<br><br>Plaintiff,<br><br>vs.<br><br>TECHNIFAB PRODUCTS, INC., an Indiana Corporation; and DOES 1-50 inclusive<br><br>Defendants. | Case No. C08 02921 HRL<br><br>Complaint filed June 12, 2008<br><br>**JOINT STIPULATION AND REQUEST FOR ORDER CONTINUING HEARING ON DEFENDANT'S MOTION FOR SANCTIONS** |

Plaintiff and Defendant wish to reschedule a hearing for Plaintiff's Cross-Motion for Sanctions that was scheduled for October 20, 2009.  Due to the unavailability of counsel on October 20, 2009, Plaintiff's and Defendant's counsel have agreed to continue the hearing of Plaintiff's Cross-Motion for Sanctions to November 17, 2009 at 10:00 a.m. in Courtroom 2 of the United States District Court, 280 South First Street, San Jose, California.

Good cause exists for this Court to exercise its discretion to continue the hearing.

IT IS HEREBY STIPULATED, that the hearing on Plaintiff's Cross-Motion for Sanctions is continued to November 17, 2009.

///

Respectfully submitted,

JOHANSON BERENSON LLP

Dated: September 28, 2009

By: /s/ Douglas A. Rubel
DOUGLAS A. RUBEL
Attorneys for Plaintiff Cryotech International, Inc.

ROBINSON & WOOD, INC.

Dated: September 28, 2009

By: /s/ Arthur J. Casey
ARTHUR J. CASEY
Attorneys for Defendant Technifab Products, Inc.

## **ORDER**

Good cause thereby appearing the hearing on Plaintiff's Cross-Motion for Sanctions is set for November 17, 2009.

Dated: September 28, 2009

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE