DAVID R. JOHANSON, ESQ. (Bar No. 164141)  ** E-Filed October 2, 2009 **
JOHANSON BERENSON, LLP
1792 Second Street
Napa, California 94559
Tel: (707) 226-8997
Facsimile: (707) 229-2493
E-Mail: drj@johansonberenson.com
Attorneys for CRYOTECH INTERNATIONAL, INC.

DOUGLAS A. RUBEL, ESQ. (*Pro Hac Vice*)
JOHANSON BERENSON, LLP
201 Shannon Oaks Circle, Suite 200
Cary, North Carolina 27511
Telephone: (919) 654-4544
Facsimile: (919) 654-4545
E-Mail: dar@johansonberenson.com
Attorneys for CRYOTECH INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRYOTECH INTERNATIONAL, INC., a Delaware Corporation, fka VBS INDUSTRIES INCORPORATED<br><br>Plaintiff,<br><br>vs.<br><br>TECHNIFAB PRODUCTS, INC., an Indiana Corporation; and DOES 1-50 inclusive<br><br>Defendants. | Case No. C08 02921 HRL<br><br>Complaint filed June 12, 2008<br><br>**STIPULATION AND REQUEST FOR ORDER MODIFYING SCHEDULING ORDER AND ENLARGING DEADLINES FOR EXPERT WITNESS DESIGNATIONS AND DISPOSITIVE MOTIONS**<br><br>Magistrate Judge Howard R. Lloyd |

The Parties seek the entry of an Order modifying the current Scheduling Order to enlarge the deadlines for designating expert witnesses and for filing dispositive motions, and to re-schedule the pre-trial conference and trial in this case. Within the last week, Plaintiff learned that its expert witness was seriously ill and because of his medical condition was unable to perform as Plaintiff's expert witness. When apprised of these recent events, Defendant agreed to an extension of time to permit Plaintiff to obtain a new expert witness. Because of the time needed to do so, and for Plaintiff's new expert witness to "come up to speed" in the case and to render an opinion and to prepare an appropriate report, and because of the present relatively tight schedule, the Parties have agreed to this Stipulation and seek the Court's consent to re-

schedule the applicable deadlines and trial schedule.

The present Scheduling Order provides as follows: Discovery – September 30, 2009; Expert Witness Designation and Reports – October 2, 2009; Designation of Rebuttal Experts – October 16, 2009; Expert Discovery Cutoff – October 30, 2009; last day for hearings on dispositive motions – December 8, 2009; Pre-Trial Conference – January 5, 2010; Trial – January 11, 2010. Scheduling Order dated April 20, 2009 [Doc. No. 41], as amended by Joint Stipulation and Order Extending Deadline for Fact Discovery [Doc. No. 92].

The Parties request an enlargement of the October 2, 2009 Expert Witness Designation deadline to December 4, 2009, an enlargement of the October 16, 2009 Designation of Rebuttal Experts deadline to December 18, 2009, and an enlargement of the deadline for the last day of hearings on dispositive motions to January 15, 2010. The requested enlargements would impact the other deadlines, specifically the January 5, 2010 Pre-Trial Conference and the January 11, 2010 Trial date.

Good cause exists for this Court to exercise its discretion and enlarge the time in which the Parties have to designate their experts, file dispositive motions, and to conduct trial, if necessary. The parties diligently prepared for and conducted mediation in this case, have conducted discovery, and have advised each other of their expert witnesses (including seeking the provision to their expert witnesses of documents obtained in discovery in compliance with the Stipulated Protective Order [Doc. No. 36]. The parties were diligent in assisting the Court in creating a workable Rule 16 scheduling order. Their noncompliance with the Scheduling Order's deadlines occurred or will occur notwithstanding diligent efforts to comply because of developments that were not reasonably anticipated at the time of the Rule 16 scheduling conference; and the Parties are diligent in seeking an amendment of the Scheduling Order once it became apparent it could not comply with the Order.

///

///

///

///

If the Court approves, the Parties would propose the following amended schedule:

| EVENT | EXISTING DATE | PROPOSED DATE |
|---|---|---|
| Fact Discovery Cutoff | September 30, 2009[1] | |
| Designation of Experts With Reports | October 2, 2009 | December 4, 2009 |
| Designation of Rebuttal Experts With Reports | October 16, 2009 | December 18, 2009 |
| Expert Discovery Cutoff | October 30, 2009 | January 15, 2010 |
| Last Day for Hearings on Dispositive Motions | December 8, 2009 | February 19, 2010 |
| Final Pre-Trial Conference | January 5, 2010 | TBD |
| Bench Trial | January 11, 2010 | TBD |

IT IS HEREBY STIPULATED:

Dated: September 30, 2009    Respectfully submitted,

By:   /s/ Douglas A. Rubel
     DOUGLAS A. RUBEL
     Attorneys for Plaintiff Cryotech International, Inc.

Dated: September 30, 2009    HUNT, HASSLER & LORENZ, LLP

By:   /s/ Mark D. Hassler
     MARK D. HASSLER
     Attorneys for Defendant Technifab Products, Inc.

///

///

---

[1] Plaintiff has requested an enlargement of the existing September 30, 2009 deadline for conducting fact discovery, however, Defendant does not agree to such an enlargement. Accordingly, Plaintiff is filing a separate motion for such relief.

**ORDER**

Good cause thereby appearing, the Scheduling Order is amended as proposed.

A Status Conference is set for January 19, 2010 at 1:30 p.m. in Courtroom 2, 5th Floor, San Jose, to set new pre-trial conference and trial dates.

Dated: October __2___, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE