NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRYOTECH INTERNATIONAL, INC., a Delaware Corporation, fka VBS INDUSTRIES INCORPORATED,<br><br>Plaintiff,<br>v.<br>TECHNIFAB PRODUCTS, INC., an Indiana Corporation; and DOES 1–50 inclusive,<br><br>Defendant.<br>_____/ | No. C08-02921 HRL<br><br>**INTERIM ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE FACT DISCOVERY**<br><br>**[Re: Docket No. 124]** |

Plaintiff Cryotech International, Inc. ("Cryotech") moved to compel discovery responses from defendant Technifab Products, Inc. ("Technifab") and for sanctions. In the same motion, Cryotech also requested that this court continue the fact discovery deadline to November 20, 2009. This court previously granted the parties' stipulation to modify the scheduling order, but did not expand fact discovery because Technifab did not agree to such at the time. (Docket No. 125.) However, Technifab has now notified the court that it does not oppose Cryotech's request to continue fact discovery. Accordingly, IT IS ORDERED that the fact discovery deadline is extended to November 20, 2009. The remaining issues in Cryotech's motion remain on calendar for a hearing on November 17, 2009.

Dated: October 22, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 08-02921 Notice will be electronically mailed to:**

| | |
|---|---|
| Arthur J. Casey | ajc@robinsonwood.com, kkn@robinsonwood.com |
| David Richard Johanson | drj@esop-law.com, msshelli@esop-law.com |
| Douglas Andrew Rubel | dar@johansonberenson.com, msshelli@esop-law.com |
| Mark Douglas Hassler | hassler@huntlawfirm.net |
| Michael A Pasahow | mpasahow@esop-law.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**