NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRYOTECH INTERNATIONAL, INC., a Delaware Corporation, fka VBS INDUSTRIES INCORPORATED,<br><br>Plaintiff,<br>v.<br>TECHNIFAB PRODUCTS, INC., an Indiana Corporation; and DOES 1–50 inclusive,<br><br>Defendant.<br>_____/ | No. C08-02921 HRL<br><br>**ORDER GRANTING TECHNIFAB'S REQUEST TO APPEAR BY TELEPHONE**<br><br>**[Re: Docket No. 145]** |

Having considered Technifab's counsel's request to allow co-counsel Arthur J. Casey to appear by telephone at the status conference set for January 19, 2010 at 1:30 p.m., and good cause appearing, the court grants the request. Mr. Casey shall initiate the call to the court via CourtCall at (866) 582-6878 just prior to the time appointed for the conference.

**IT IS SO ORDERED.**

Dated: January 7, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 08-02921 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| Arthur J. Casey | ajc@robinsonwood.com, kkn@robinsonwood.com |
| David Richard Johanson | drj@esop-law.com, msshelli@esop-law.com |
| Douglas Andrew Rubel | dar@johansonberenson.com, msshelli@esop-law.com |
| Mark Douglas Hassler | hassler@huntlawfirm.net |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**