1  ARTHUR J. CASEY, ESQ. (Bar No. 123273)
   CARRIE M. DUPIC, ESQ. (Bar No. 240252)
2  ROBINSON & WOOD, INC.
   227 North First Street
3  San Jose, CA 95113-1016
   Telephone: (408) 298-7120
4  Facsimile: (408) 298-0477

5  MARK D. HASSLER, ESQ. (Indiana Attorney No. 8102-84)
   HUNT, HASSLER & LORENZ LLP
6  100 Cherry Street
   Terre Haute, IN 47807
7  Telephone: (812) 232-9691
   Facsimile: (812) 234-2881
8  *Admitted Pro Hac Vice*

9  Attorneys for Defendant
   TECHNIFAB PRODUCTS, INC.
10

11
                    UNITED STATES DISTRICT COURT
12                 NORTHERN DISTRICT OF CALIFORNIA
                        SAN JOSE DIVISION
13
   CRYOTECH INTERNATIONAL, INC., a    )
14 Delaware Corporation f/k/a VBS      )
   INDUSTRIES INCORPORATED,            )     CASE NO. C08 02921 HRL
15                                     )
              Plaintiffs and           )     **JOINT STIPULATION AND**
16            Counter-Defendants       )     **REQUEST FOR ORDER**
                                       )     **CONTINUING HEARING ON**
17     vs.                             )     **PLAINTIFF'S MOTION TO EXCLUDE**
                                       )     **REPORT AND TESTIMONY OF**
18                                     )     **O. EARL ELLIOTT**
   TECHNIFAB PRODUCTS, INC., an        )
19 Indiana Corporation, and DOES I-50, )
   inclusive,                          )
20                                     )     Judge: Magistrate Howard Lloyd
              Defendants and           )
21            Counterclaimant          )
22

23        Plaintiff filed its Motion to Exclude the Report of O. Earl Elliott and Testimony of Mr.

24 Elliott; or in the Alternative, to Allow Plaintiff to File an Expert Report, to be heard on March

25 30, 2010, but counsel for defendant is unavailable for hearing on that date. Due to said

26 unavailability of defendant's counsel on March 30, 2010, plaintiff's and defendant's counsel

27 have agreed to continue the hearing of plaintiff's Motion to Exclude to April 6, 2010, at 10:00

28
                                       1

a.m., in Courtroom 2 of the United States District Court, 280 South First Street, San Jose, California.

      Good cause exists for this Court to exercise its discretion to continue the hearing.

      IT IS HEREBY STIPULATED that the hearing on plaintiff's Motion to Exclude is continued to April 6, 2010, at 10:00 a.m.

HUNT, HASSLER & LORENZ LLP


By    /s/ Mark D. Hassler
          Mark D. Hassler
      (appearance *pro hac vice)*

Dated: February 24, 2010.

JOHANSON BERENSON LLP


By    /s/ David R. Johanson
       David R. Johanson

Dated: February 24, 2010.

**ORDER**

      Good cause thereby appearing, the hearing on plaintiff's Motion to Exclude the Report of O. Earl Elliott, and Testimony of Mr. Elliott; or in the Alternative, to Allow Plaintiff to File an Expert Report is set for April 6, 2010, at 10:00 a.m.

      Dated: February __25__, 2010.


_____
Howard R. Lloyd, U.S. Magistrate Judge